AO 257 (Rev. 6/78)

### DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT
☐ SUPERSEDING

**OFFENSE CHARGED**
See attached Penalty Sheet.

☐ Petty
☐ Minor
☑ Misdemeanor
☐ Felony

**PENALTY:**
Maximum Prison Term: One year
Maximum Fine: $10,000
Mandatory Special Assessment: $25

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S.**

▶ LINDSEY ANN SMITH

DISTRICT COURT NUMBER

**CR 07 - 0718 MAG**

---

**PROCEEDING**
Name of Complaintant Agency, or Person (&Title, if any)

Department of the Interior, US Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☑ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WENDY THOMAS

---

**DEFENDANT**

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☑ If not detained give date any prior summons was served on above charges ▶ _____

2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶  Month/Day/Year _____

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

---

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

## PENALTY SHEET

**Offenses Charged:**

Count One: 18 U.S.C. § 13, assimilating CAL. VEH. CODE § 2800.1: Willfully Evading a Peace Officer
<u>Class A Misdemeanor</u>

    Maximum Fine: $10,000
    Maximum Prison Term: One year
    Special Assessment: $25

Count Two: 36 C.F.R. § 1004.23(a)(1): Operating a Motor Vehicle Under the Influence of Alcohol
<u>Class B Misdemeanor</u>

    Maximum Fine: $5,000
    Maximum Prison Term: 6 months imprisonment
    Special Assessment: $10

Count Three: 36 C.F.R. § 1004.23(a)(2): Operating a Motor Vehicle With a Blood or Breath Alcohol Percentage of 0.08% or More
<u>Class B Misdemeanor</u>

    Maximum Fine: $5,000
    Maximum Prison Term: 6 months imprisonment
    Special Assessment: $10

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LINDSEY ANN SMITH, <br><br> Defendant. | CR. 07   0718 <br><br> VIOLATIONS: 18 U.S.C. § 13, assimilating CAL. VEH. CODE § 2800.1 - Willfully Evading a Peace Officer (Class A Misdemeanor); 36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content Over 0.08% (Class B Misdemeanor) <br><br> SAN FRANCISCO VENUE |

### INFORMATION

The United States Attorney charges:

COUNT ONE: (18 U.S.C. § 13, assimilating CAL. VEH. CODE § 2800.1 - Willfully Evading a Peace Officer)

On or about September 5, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, land under the exclusive jurisdiction of the United States, the defendant,

LINDSEY ANN SMITH,

willfully fled or otherwise attempted to elude a peace officer's motor vehicle, with the intent

INFORMATION

1 | to evade, while operating a motor vehicle, while all of the following conditions existed: the
2 | peace officer's vehicle was being driven by a peace officer, the peace officer was wearing a
3 | distinctive uniform, the peace officer's vehicle exhibited at least one lighted red lamp, the
4 | lamp was visible from the front, the defendant saw or should have seen the lamp, and the
5 | peace officer's vehicle sounded a siren, in violation of Title 18, United States Code, Section
6 | 13, assimilating California Vehicle Code, Section 2800.1, a Class A Misdemeanor.

COUNT TWO: (36 C.F.R. § 1004.23(a)(1) - Operating a Motor Vehicle Under the Influence of Alcohol)

On or about September 5, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, land under the exclusive jurisdiction of the United States, the defendant,

LINDSEY ANN SMITH,

operated and was in physical control of a vehicle, while under the influence of alcohol, rendering her incapable of safe operation of the vehicle, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

COUNT THREE: (36 C.F.R. § 1004.23(a)(2) - Operating a Motor Vehicle With a Blood Alcohol Content over 0.08%)

On or about September 5, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, land under the exclusive jurisdiction of the United States, the defendant,

LINDSEY ANN SMITH,

operated and was in actual physical control of a motor vehicle while having at least 0.08

//
//
//
//

INFORMATION

1 | percent, by weight, of alcohol in her breath, in violation of Title 36, Code of Federal
2 | Regulations, Section 1004.23(a)(2), a Class B Misdemeanor.
3
4 | DATED: 11/13/07

SCOTT N. SCHOOLS
United States Attorney

GREGG W. LOWDER
Chief, Major Crimes Section

9 | (Approved as to form: _____ )
WENDY THOMAS
Special Assistant United States Attorney

INFORMATION