SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Facsimile:  (415) 436-7234
    Wendy.Thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0718 MAG |
|     Plaintiff, ) | |
| v. ) | **MOTION FOR SUMMONS** |
| LINDSEY ANN SMITH, ) | |
|     Defendant. ) | |

    Based on the facts set forth in the Declaration of Joshua M. Templet in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a summons for defendant Lindsey Ann Smith, 932 Wawona Avenue, San Francisco, CA 94116. The facts set forth in the declaration demonstrate that probable cause exists to summon the defendant to answer the Information that has been filed by the United States Attorney.

                                Respectfully submitted,

                                SCOTT N. SCHOOLS
                                United States Attorney

Dated:  11/30/2007                      /s/
                                WENDY THOMAS
                                Special Assistant United States Attorney