SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Facsimile:  (415) 436-7234
    Wendy.Thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0718 MAG |
|     Plaintiff, ) | |
| v. ) | **DECLARATION OF JOSHUA M. TEMPLET IN SUPPORT OF UNITED STATES' MOTION FOR SUMMONS** |
| LINDSEY ANN SMITH, ) | |
|     Defendant. ) | |

I, Joshua M. Templet, hereby declare as follows:

1. I am a Law Clerk in the United States Attorney's Office assigned to the prosecution of this case. I have received the following information from officers employed by the United States Park Police.

2. On September 5, 2007, United States Park Police Officer J. Guenette observed a white Acura (California license plate SAT574) traveling westbound on Lincoln Boulevard. Officer Guenette observed the car turn left onto Sheridan Avenue without using a traffic signal.

3. Because of the driver's failure to use a turn signal, Officer Guenette turned on the emergency lights and siren of his marked police car to conduct a traffic stop. Guenette then saw the car increase its speed from approximately 30 mph to 60 mph. Guenette pursued the Acura in

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0718 MAG

a high speed chase, and he observed the car fail to stop at several stop signs on Lincoln Boulevard and El Camino Del Mar.

4. Officer Guenette arrested the driver, later identified as Lindsey Ann Smith, after her car became stuck at a dead end near the Legion of Honor at 34th Avenue. Officer Guenette smelled a strong odor of alcohol coming from Smith, and he saw that her eyes were bloodshot and watery. Officer Guenette saw four empty, twelve ounce Stella Beer containers behind the front passenger seat of Smith's car. Officer Guenette transported Smith to the U.S. Park Police San Francisco Field Office at 1217 Ralston Avenue for further investigation and sobriety testing.

5. In interview at the Field Office, Smith stated to Officer Guenette that she had been at a party on Thirty Fourth Avenue at Taraval Street, where she consumed three glasses of vodka and coke. Smith stated that she also had smoked marijuana at the party. Smith stated that she had left the party at approximately 12:15 a.m. with her friend James. She stated that she drove her friend James to his residence somewhere in the Sunset district. Then, Smith stated that she started driving home and then decided to drive along the ocean. Smith stated that she became lost while driving, and that she saw a police car behind her. Smith stated that she became nervous when she saw the police lights, and she decided to try to drive away. Smith stated that she made a bad mistake in running from the police.

6. At approximately 1:26 a.m., Officer Guenette conducted several sobriety tests on the defendant. Officer Guenette conducted a Horizontal Gaze Nystagmus test and determined that Smith had nystagmus in both eyes before 45 degrees. Officer Guenette then conducted a walk and turn test. Smith was unable to follow directions and continuously stepped off the line. Also, Smith continuously raised her arms away from her side, after being instructed to keep them by her side. Officer Guenette next conducted a One Leg Stand test. Smith raised her leg, bent, one inch off of the ground, reached the count of three, and placed her raised foot back on the ground. Smith counted again to two with her foot on the ground, but was unable to keep balance, continuously touching her foot to the ground. Last, Officer Guenette conducted a Rhomberg Test. Smith stated that she had reached 30 seconds at the 23-second mark of the test. Officer Guenette concluded that the defendant had failed the sobriety tests.

DECLARATION IN SUPPORT OF MOTION FOR SUMMONS
Case No. CR 07-0718 MAG            -2-

-3-

    7.  United States Park Police Officer Collins, a certified Intoxilyzer 5000 operator, conducted an intoxilyzer breath test with the following results: Test 1: 0.101 B.A.C. at 2:37 a.m.; Test 2: 0.097 B.A.C. at 2:38 a.m.

    8.  I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.  Executed November 28, 2007, at San Francisco, California.

DATED:  __11/28/2007__          Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney


_____/s/_____
JOSHUA M. TEMPLET
Law Clerk
United States Attorney's Office