1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney

8            UNITED STATES DISTRICT COURT
9            NORTHERN DISTRICT OF CALIFORNIA
10           SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,           )   Case No. CR 07-0718 MAG
                                         )
12 |        Plaintiff,                   )
                                         )
13 |    v.                               )   [PROPOSED] ORDER FOR SUMMONS
                                         )
14 | LINDSEY ANN SMITH,                  )
                                         )
15 |        Defendant.                   )
   |_____)

Having reviewed the Declaration of Joshua M. Templet, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Lindsey Ann Smith, 932 Wawona Avenue, San Francisco, CA 94116, to appear on Tuesday, December 18, 2007 at 9:30 am before Magistrate Judge Maria Elena James to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: __November 30, 2007__

Judge Bernard Zimmerman
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0718 MAG