SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue, 11th Floor
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Fax: (415) 436-7234
    Email: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0718 MAG |
|     Plaintiff, | |
| v. | **SECOND MOTION FOR SUMMONS** |
| LINDSEY ANN SMITH, | |
|     Defendants. | |

    Based on the facts set forth in the Declaration of Joshua Templet in Support of the United States' Motion for Summons, the United States hereby requests that the Court issue a Summons for defendant Lindsey Ann Smith, 932 Wawona Avenue, San Francisco, CA 94116. The facts set forth in the Declaration demonstrate that probable cause exists to summon the defendants to answer the Information that has been filed by the United States Attorney.

                                            Respectfully submitted,

                                            SCOTT N. SCHOOLS
                                            United States Attorney

Dated: __12/26/2007_____                 _____/s/_____
                                            WENDY THOMAS
                                            Special Assistant United States Attorney