SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-0718 MAG |
| Plaintiff, ) | |
| v. ) | **[PROPOSED] ORDER FOR SUMMONS** |
| LINDSEY ANN SMITH, ) | |
| Defendant. ) | |

Having reviewed the Declaration of Joshua M. Templet, the Court finds that probable cause exists to believe that an offense has been committed. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of Court is directed to issue a summons directing the defendant, Lindsey Ann Smith, 932 Wawona Avenue, San Francisco, CA 94116, to appear on Monday, January 28th, 2008 at 9:30 am before Magistrate Judge Elizabeth D. Laporte to answer the Information that has been filed by the United States Attorney.

IT IS SO ORDERED.

Dated: 1/2/08

Judge Nandor J. Vadas
United States Magistrate Judge

ORDER FOR SUMMONS
Case No. CR 07-0718 MAG