1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  WENDY THOMAS (NYBN 4315420)
   Special Assistant United States Attorney
5

6    450 Golden Gate Avenue, 11th Floor
     San Francisco, California  94102
7    Telephone:  (415) 436-6809
     Fax:  (415) 436-7234
8
   Attorneys for Plaintiff
9

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13

14

15 | UNITED STATES OF AMERICA,       )    CR No.: 07-0718 MAG
                                     )
16 |                                 )
          Plaintiff,                 )    STIPULATION AND [PROPOSED]
17 |                                 )    ORDER EXCLUDING TIME
          v.                         )
18 |                                 )
   LINDSEY ANN SMITH,                )
19 |                                 )
                                     )
20 |      Defendant.                 )
   _____    )
21
       On January 28, 2008, at 9:30a.m., the parties in this case appeared before the Court and
22
   stipulated that time should be excluded from the Speedy Trial Act calculations from January 18,
23
   2008 to February 26, 2008 for effective preparation of counsel, in order to allow defense counsel
24
   time to obtain and review discovery. The parties agree that granting the continuance is
25
   reasonable in order to allow time necessary for effective preparation of both defense counsel and
26
   the United States, taking into account the exercise of due diligence. See 18 U.S.C. §
27
   3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting such a
28
   continuance outweighed the best interests of the public and the defendant in a speedy trial. See

   Stipulation and [Proposed] Order

1  18 U.S.C. § 3161(h)(8)(A).

2  SO STIPULATED:

3                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
4

5  DATED:   2/4/08                                         /s/
                                               WENDY THOMAS
6                                              Special Assistant United States Attorney

7
   DATED:   2/4/08                                         /s/
8                                              ERIC HAIRSTON
                                               Attorney for Ms. Smith
9

10     As the Court found on January 28, 2008, and for the reasons stated above, the Court finds

11 that the ends of justice served by the continuance outweigh the best interests of the public and

12 the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act

13 calculations from January 18, 2008 to February 26, 2008 for effective preparation of defense

14 counsel and the United States. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the

15 requested continuance would deny counsel reasonable time necessary for effective preparation

16 and continuity of counsel, taking into account the exercise of due diligence, and would result in a

17 miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

18

19 IT IS SO ORDERED.

20
   DATED:_____               _____
21                                    ELIZABETH D. LAPORTE
                                      United States Magistrate Judge
22

Stipulation and [Proposed] Order